**MOTION GRANTED.**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY LANIER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No.: 3:24-cv-00288 |
| | ) | |
| CORECIVIC, INC., *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

---

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

---

Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Damon T. Hininger, Patrick Swindle, Jason Medlin, Jerry Wardlow, Joshua Carter, Keith Ivens, M.D., and Elaina Rodela, M.D. (hereinafter, "Defendants"), by and through undersigned counsel, and without waiving any and all defenses available to these Defendants, respectfully move the Court for an extension of time to file a response to the Complaint (ECF No. 1). As grounds, Defendants state as follows:

1. The operative Post-Severance Complaint in this matter was entered as filed on March 12, 2024. (ECF No. 1).

2. Counsel for Defendants have numerous obligations over the next several weeks. This matter concerns numerous federal claims against a number of defendants, some of which involve complex legal theories. As a result, counsel for Defendants needs additional time to prepare a response to the Complaint.

3. No prejudice will result to any party because of this extension, and Plaintiff's counsel does not object to the present motion or the relief requested herein.

Based upon the above and the record as a whole, Defendants respectfully request that an extension be granted until April 15, 2024, to file a response to the Complaint.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:     s/Nathan D. Tilly
        Nathan D. Tilly (#031318)
        Dylan E. Sutherland (#040648)
        *Attorneys for Defendants CoreCivic, Inc., CoreCivic of*
        *Tennessee, LLC, Damon T. Hininger, Patrick Swindle,*
        *Jason Medlin, Jerry Wardlow, Joshua Carter, Keith Ivens,*
        *M.D., and Elaina Rodela, M.D.*
        162 Murray Guard Drive, Ste. B
        Jackson, TN  38305
        Phone: (731) 668-5995
        Fax:     (731) 668-7163
        ntilly@pgtfirm.com
        dsutherland@pgtfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Ty Clevenger
*Attorney for Plaintiff*
147 Prince Street
Second Floor, Room 15-C
Brooklyn, NY 11201
tyclevenger@yahoo.com

Janet H. Goode
917 S. Cooper Street
Memphis, TN  38104

DATE:   On this the 21st day of March, 2024.

PENTECOST, GLENN & TILLY, PLLC

By:     s/Nathan D. Tilly
        Nathan D. Tilly