Motion (13) is **GRANTED** and the deadline for Plaintiff to respond to Defendant's Motion to Dismiss is extended to **May 13, 2024.**

*Waverly D. Crenshaw, Jr.*
US District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JERRY LANIER,** | |
| Plaintiff, | |
| vs. | **Case No. 3:24-cv-00288** |
| **CORECIVIC, INC., et al.** | |
| Defendants | |

## UNOPPOSED MOTION FOR EXTENSION

NOW COMES Jerry Lanier, the Plaintiff herein, moving the Court to grant a fourteen-day extension of time to respond to Defendants' Motion to Dismiss ("MTD") (Dkt. #43) and Defendants' Memorandum of Law in Support of Motion to Dismiss ("Memorandum") (Dkt. #44). The undersigned has had very limited time to respond to the MTD and Memorandum, in part because of a bout of bronchitis and in part because he has been responding to motions and pre-trial deadlines for a case that is scheduled for trial in June. The Plaintiff therefore moves the Court to extend the response deadline from April 29, 2024 until May 13, 2024. The Plaintiff has not requested any extensions previously, and the Defendants do not oppose this request.[1]

---

[1] As witnessed by his electronic signature below, Ty Clevenger certifies that on April 29, 2024 he conferred via email with Nathan Tilly, counsel for the Defendants, and Mr. Tilly indicated that the Defendants would not oppose this request for an extension.

- 1 -