Motion (20) is **GRANTED**.

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

---

**JERRY LANIER,**

        Plaintiff,                           No.: 3:24cv288

**v.**

**CORECIVIC, INC.; CORECIVIC OF
TENNESSEE, LLC; DAMON T. HININGER;
PATRICK SWINDLE; JASON MEDLIN;
HILTON HALL, JR.; JERRY WARDLOW;
JOSHUA CARTER; JOSHUA MORTON;
KEITH IVENS; and ELAINA RODELA, M.D.,**

        Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

COMES NOW undersigned counsel, and respectfully hereby requests to withdraw as counsel of record.

Undersigned counsel has been hospitalized off and on since July due to personal health issues. Although I had hoped to return to work, I have made the difficult decision to withdraw from all cases pending in this Court in which I am counsel of record on the advice of my medical providers.

Pursuant to LR83.01(g), my co-counsel, Janet Goode, notified Mr. Lanier on October 29, 2024, via mail of my need to withdraw for medical reasons. *See* Exhibit A. I was unable to send letters given my hospitalization. Although Ms. Goode and I are both solo practitioners, i.e. we are not in the same firm, she has been local counsel on the case since its inception. Ms. Goode will remain as counsel of record and is now seeking new co-counsel. I have given my permission for

1