Motion (21) is **GRANTED**.

US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

**JERRY LANIER,**

       Plaintiff,                          No.: 3:24cv288

**v.**

**CORECIVIC, INC.; CORECIVIC OF**
**TENNESSEE, LLC; DAMON T. HININGER;**
**PATRICK SWINDLE; JASON MEDLIN;**
**HILTON HALL, JR.; JERRY WARDLOW;**
**JOSHUA CARTER; JOSHUA MORTON;**
**KEITH IVENS; and ELAINA RODELA, M.D.,**

       Defendants.

---

## MOTION FOR TEMPORARY STAY

---

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully hereby requests a temporary stay of the proceedings for forty-five (45) days.

For personal health reasons, Plaintiff's lead counsel, Ty Clevenger, is seeking to withdraw not only from this case but from all cases currently pending before this Court. He has been hospitalized off and on since at least July 2024. Mr. Clevenger's Motion to Withdraw will be filed contemporaneously with this Motion. Undersigned counsel is local counsel who has limited experience litigating prisoner rights cases. Accordingly, Plaintiff and I are actively seeking new co-counsel with the experience necessary for this particular case.

This is a prisoner civil rights case brought on behalf of Plaintiff Jerry Lanier. While Plaintiff originally filed his case as part of a joint complaint on March 6, 2023, he filed the operative post-severance complaint on March 11, 2024 (ECF 1). Defendants filed a motion to

1