**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JERRY LANIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:24-cv-00288** |
| ) | |
| **CORECIVIC, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss Plaintiff's Post-Severance Complaint (Doc. No. 11) is **GRANTED**. This is a final Order. The Clerk shall enter judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE